JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colton Bryant, | Case No. 2:19-cv-08916-RGK-KS |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| Ishwari Neupane et al, | |
| Defendant(s). | |

On February 3, 2020, the Court issued an Order in connection with the Notice of Settlement filed by the plaintiff on January 31, 2020. The Order notified the parties that they were not relieved of any deadlines (including the filing of responsive documents) or Court appearances until a dismissal of the action was filed. As of this date, no further documents have been filed in this action, including the answer of defendant Ishwari Neupane which was due on November 26, 2019, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 19, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE